JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL DAVID GRAY, | ) | NO. 2:20-cv-04890-KS |
|     Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security | ) | |
|     Defendant. | ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand..

DATED: March 30, 2021

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE